Michael J. Gregg (SBN 321765)
Mark W. Skanes (SBN 322072)
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California 90802
Telephone:   (518) 869-9200
Facsimile:   (518) 869-3334
Email:   mgregg@rosewaldorf.com
         mskanes@rosewaldorf.com

Attorneys for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HEIDI SHANK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:20-cv-00509-JLS-KES<br><br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

### JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE

Plaintiff HEIDI SHANK ("Plaintiff") and Defendant FCA US LLC ("Defendant") respectfully submit this Notice of Settlement and inform the Court as follows:

1.　　Plaintiff HEIDI SHANK has reached an agreement with Defendant to resolve all claims against Defendant.

2.　　The Parties recently finalized a confidential settlement agreement.

3.　　Pursuant to the terms of the settlement and logistical problems due to the COVID-19 pandemic, it may take up to 90 days for completion of all settlement terms and exchange of the settlement funds.

4.    Based on the foregoing, the Parties respectfully request that all future appearances and deadlines be vacated.

Dated:   August 27, 2020            **THE BICKEL LAW FIRM, INC.**

By:    /s/ Joushua J. Youssefi
Joshua J. Youssefi, Esq.
Attorneys for Plaintiff Heidi Shank
Email:  joshuayoussefi@bickellawfirm.com

Dated:   August 27, 2020            **ROSEWALDORF LLP**

By:    /s/ Michael J. Gregg
Michael J. Gregg
Attorneys for Defendant FCA US LLC
Email:  mgregg@rosewaldorf.com

## CERTIFICATION

I hereby certify that I have express permission to affix the signature of Joshua J. Youssefi, Esq. to this Notice of Settlement and that Attorney Youssefi expressly approves of the contents of this Notice of Settlement.

Dated:   August 27, 2020            **ROSEWALDORF LLP**

By:    /s/ Michael J. Gregg
Michael J. Gregg
Attorneys for Defendant FCA US LLC
Email:  mgregg@rosewaldorf.com