Brian J. Bickel (State Bar No. 205646)
Jordan K. Sannipoli (State Bar No. 306545)
Joshua J. Youssefi (State Bar No. 325288)
**BICKEL SANNIPOLI APC**
701 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040
Email: joshuayoussefi@bickelsannipoli.com

Attorneys for Plaintiff HEIDI SHANK

Michael J. Gregg (State Bar No. 321765)
Mark W. Skanes (State Bar No. 322072)
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California 90802
Telephone: (518) 869-9200
Facsimile: (518) 869-3334
Email: mgregg@rosewaldorf.com
mskanes@rosewaldorf.com

Attorneys for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| HEIDI SHANK,<br><br>  Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 8:20-cv-00509-JLS-KES<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff HEIDI SHANK and Defendant FCA US LLC, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Date: April 22, 2021         BICKEL SANNIPOLI APC

_/s/ Joshua J. Youssefi_
Attorney for Plaintiff
HEIDI SHANK

Date: April 22, 2021         ROSEWALDORF LLP

_/s/ Michael J. Gregg_
Attorney for Defendant
FCA US LLC

## CERTIFICATION

I hereby certify that I have express permission to affix the signature of Michael J. Gregg, Esq. to this Joint Stipulation of Dismissal and that Michael J. Gregg expressly approves of the contents of this Joint Stipulation of Dismissal.

Date: April 22, 2021         BICKEL SANNIPOLI APC

_/s/ Joshua J. Youssefi_
Attorney for Plaintiff
HEIDI SHANK

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2021, I filed the foregoing document entitled **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Joshua J. Youssefi