UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| HEIDI SHANK,<br><br>    Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:20-cv-00509-JLS-KES<br><br>**ORDER APPROVING JOINT STIPULATION AND DISMISSING ACTION** |

    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: April 26, 2021

                                            HON. JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE